# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CLAYTON MATHEW JACKSON                                                          PLAINTIFF

V.                          CASE NO. 5:18-cv-312-BRW-BD

HUNTER WEST, et al.                                                            DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Doc. No. 15). After careful review of the Recommendation, Mr. Jackson's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Jackson's failure-to-protect, access-to-the-courts, and First Amendment claims are DISMISSED, without prejudice. Defendant Wright and Williams are DISMISSED from this lawsuit, without prejudice.

Mr. Jackson is allowed to proceed with his excessive-force claims against Defendant Hargrove and his retaliation claims against Defendants Hargrove, West, and Snyder.

Mr. Jackson's motion for preliminary injunctive relief (Doc. No. 3) is DENIED.

IT IS SO ORDERED, this 16th day of January, 2019.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE