IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLAYTON MATHEW JACKSON**                                                         **PLAINTIFF**

**V.**            **CASE NO. 5:18-CV-312-BRW-BD**

**HUNTER WEST,** *et al.*                                                                  **DEFENDANTS**

**RECOMMENDED DISPOSITION**

I.   **Procedures for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Billy Roy Wilson. Any party to this suit may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.

II.  **Discussion:**

Plaintiff Clayton Mathew Jackson filed this lawsuit without the help of a lawyer. (Docket entry #2) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On January 25, 2019, Mr. Jackson was given 30 days to notify the Court of his new address, after mail sent to him was returned to Court as undeliverable. (#24) The Court specifically cautioned Mr. Jackson that his claims could be dismissed if he failed to

update his address as required by the Order. (#24) To date, Mr. Jackson has failed to comply with the Court's Order, and the time for doing so has passed.

**III.   Conclusion:**

The Court recommends that Mr. Jackson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 25, 2019 Order and failure to prosecute his claims.

DATED this 28th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE