# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CLAYTON MATHEW JACKSON**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:18-CV-312-BRW-BD**

**HUNTER WEST,** *et al.*                                                               **DEFENDANTS**

## ORDER

I have received a Recommended Disposition (Doc. No. 32) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

This case is DISMISSED, without prejudice. The Motion to Compel (Doc. No. 35) is DENIED as MOOT.

IT IS SO ORDERED, this 15th day of March, 2019.

Billy Roy Wilson_____
 UNITED STATES DISTRICT JUDGE