# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CLAYTON MATHEW JACKSON**                                          **PLAINTIFF**

**V.**                  **CASE NO. 5:18-CV-312-BRW-BD**

**HUNTER WEST,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED, this 15th day of March, 2019.

                                                   Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE